IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                          CIVIL ACTION NO. 2:08CR0017-WAP-DAS

ROSELLA SANDERS

## ORDER

Before the Court are the defendant's Motion for Discovery (doc. no. 24) and the Government's Response to the Defendant's Motion for Discovery (doc. no. 33). The defendant seeks an order requiring the government to produce a laundry list of items she contends she is entitled to under *Brady* and FED.R.CRIM.P. 16. In response to these items, the government states either that it has already produced the information, will produce it, does not have it, or is not required to produce it at this time. Because the defendant has failed to provide any argument in support of her requests and has offered no reply to the government's representations, the Court construes the defendant's filing as a Rule 16 request for discovery, and the motion shall be terminated from the docket.

**SO ORDERED** this 2nd day of October, 2008.

/s/ David A. Sanders
U. S. MAGISTRATE JUDGE